UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEJON ROMANS BROWN,<br><br>Defendant. | No. CR20-030-RSL<br><br><br>**ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of an Order of Forfeiture ("Motion") seeking to forfeit, to the United States, the Defendant Dejon Romans Brown's interest in the following property:

> A sum of money in the amount of $58,596.54, representing the proceeds the Defendant Brown obtained from his use of a counterfeit access device with intent to defraud. The United States has agreed that it will request the Attorney General apply any amounts it collects toward satisfaction of this forfeited sum to the restitution that is ordered. The United States also agrees that any amount the Defendant pays toward restitution will be credited against this forfeited sum.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of an Order of Forfeiture is appropriate because:

Order of Forfeiture - 1
*United States v. Brown,* CR20-030-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- The proceeds of Use of a Counterfeit Access Device with Intent to Defraud, in violation of 18 U.S.C. § 1029(a)(2) and (c)(1)(A)(i), are forfeitable pursuant to pursuant to 18 U.S.C. § 982(a)(2)(B);
- In his plea agreement, the Defendant agreed to forfeit the above-identified sum of money pursuant to 18 U.S.C. §§ 982(a)(2)(B), as it reflects the proceeds he obtained as a result of the offense (Dkt. No. 20, ¶ 14); and,
- This sum of money is personal to the Defendant; pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(1), no third-party ancillary process is required before forfeiting it.

NOW, THEREFORE, THE COURT ORDERS:

1) Pursuant to 18 U.S.C. § 982(a)(2)(B), and his plea agreement, the Defendant's interest in the above-identified sum of money is fully and finally forfeited, in its entirety, to the United States;

2) Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)-(B), this Order will become final as to the Defendant at the time he is sentenced; it will be made part of the sentence; and, it will be included in the judgment;

3) No right, title, or interest in the identified sum of money exists in any party other than the United States;

4) Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this sum of money, in whole or in part, the United States may move to amend this Order, at any time, to include substitute property having a value not to exceed this sum of money; and,

///

Order of Forfeiture - 2
*United States v. Brown,* CR20-030-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1      5)    The Court will retain jurisdiction in this case for the purpose of enforcing
2  this Order, as necessary.

4      IT IS SO ORDERED.

6      DATED this __11th__ day of __September__, 2020.

                  /s/ Robert S. Lasnik
                  THE HON. ROBERT S. LASNIK
                  UNITED STATES DISTRICT JUDGE

16 Presented by:

18 /s Michelle Jensen
   MICHELLE JENSEN
19 Assistant United States Attorney
   United States Attorney's Office
20 700 Stewart Street, Suite 5220
21 Seattle, WA 98101
   (206) 553-2619
22 Michelle.Jensen@usdoj.gov

Order of Forfeiture - 3
*United States v. Brown,* CR20-030-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970